**Order entered July 15, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00321-CV

**MITTIE FLEMING DBA, Appellant**

**V.**

**SUBWAY RESTAURANT, 1309 MAIN ST APARTMENTS, LLC AND BASCOM GROUP, LLC, Appellees**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-00683**

## ORDER

Because the court reporter has been given until August 11, 2014 to file the record, we **DENY** appellant's July 11, 2014 motion to resolve dispute regarding the reporter's record as premature and without prejudice to refiling should the reporter inform the Court no record exists.

We **DIRECT** the Clerk of the Court to send a copy of this order to Renee Drake, Official Court Reporter of the 44th Judicial District Court, and to all parties.

/s/   ELIZABETH LANG-MIERS
      JUSTICE